*John H. Mitchell* for the United States. *Clarence N. Goodwin* filed a brief, as *amicus curiae,* supporting the petition.

No. 328. ADAMSTON FLAT GLASS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *Charles W. Moxley* for petitioner. *Solicitor General Perlman, Helen R. Carloss* and *L. W. Post* for respondent.

No. 330. HOOKER *v.* NEW YORK LIFE INSURANCE CO. Certiorari denied. *Herbert M. Lautmann* and *Isaac E. Ferguson* for petitioner. *John E. MacLeish* for respondent.

No. 332. COCA-COLA CO. *v.* SNOW CREST BEVERAGES, INC. Certiorari denied. *Hugh D. Mc-Lellan* and *K. Wilson Corder* for petitioner. *Edward F. McClennen* for respondent.

No. 333. VON PATZOLL *v.* UNITED STATES;
No. 334. BRANDON *v.* UNITED STATES;
No. 335. FEEZELL *v.* UNITED STATES; and
No. 336. EVANS *v.* UNITED STATES.
Certiorari denied. *Earl Pruet* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 339. KNOTT CORPORATION *v.* FURMAN. Certiorari denied. *F. M. Schlater* and *John W. Oast, Jr.* for petitioner. *Edward R. Baird* and *George M. Lanning* for respondent.